MaryJane Dobbs, Esq. (017121989)
**BRESSLER, AMERY & ROSS, P.C.**
325 Columbia Turnpike
Florham Park, New Jersey  07932
Telephone:  (973) 514-1200
mjdobbs@bressler.com
Attorneys for Defendants
Estes Express Lines and John P. Boozell

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LISANDRO R. TUPETE,<br><br>                     Plaintiff,<br>v.<br><br>JOHN P. BOOZELL, ESTES EXPRESS LINES, ACE PROPERTY & CASUALTY INSURANCE COMPANY, JOHN DOE 1-10 (fictitious) and ABC CORP. 11-20 (fictitious),<br><br>                     Defendants. | Civil Action No. 2:17-cv-09664(MCA)(MAH)<br><br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiff Lisandro R. Tupete and Defendants Estes Express Lines and John P. Boozell ("Defendants") and/or their respective counsels that the above-captioned action is dismissed with prejudice, including all claims, counterclaims and crossclaims, and without fees or costs to either party.

| | |
|---|---|
| **LAW OFFICE OF JOHN E. CLARKE, LLC**<br>Attorneys for Plaintiff<br><br>By: _____<br>           John E. Clarke, Esq.<br><br>Dated: July _10_, 2018 | **BRESSLER AMERY & ROSS, P.C.**<br>Attorneys for Defendants<br><br>By: _____<br>           MaryJane Dobbs, Esq.<br><br>Dated:  July ___, 2018 |

4877525_1